UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 20-00583 (DLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Defendant U.S. Department of Health and Human Services ("HHS"), and Plaintiff Campaign for Accountability (collectively, "the Parties"), hereby provide the Court with the following Joint Status Report ("JSR"):

1. Plaintiff filed its Complaint on February 27, 2020 (ECF No. 1), pursuant to the Freedom of Information Act ("FOIA"). HHS answered on March 27, 2020 (ECF No. 8).

2. The Parties have conferred regarding the two FOIA requests at issue in this case:

Request A:  To date, HHS has identified 17 pages of potentially responsive material.  On May 20, 2020, HHS produced 17 pages of responsive records to Plaintiff.  On June 15, 2020, Plaintiff raised to HHS questions regarding the produced documents.

Request B:  On May 12, 2020, HHS informed Plaintiff that it had located 10,255 pages of records that are potentially responsive to part 1 of this request.  On May 14, 2020 Plaintiff identified to HHS a new custodian with potentially responsive documents.

On June 3, 2020, HHS informed Plaintiff that it had located 540 pages of records that are potentially responsive to parts 2 and 3 of this request.

On June 15, 2020, HHS produced 514 pages of responsive records to Plaintiff, stating that an additional 4 documents were withheld under FOIA exemption b(5) and 185 pages were reviewed and withheld as nonresponsive.  HHS has committed to prioritizing the processing of Request B parts 2 and 3 documents before Request B part 1 documents.

3.  HHS has committed to begin processing at an initial rate of 500 pages a month with the first production of any nonexempt responsive material to be made on June 15, 2020.  HHS has commited to continuing to make subsequent monthly releases to occur on the 15th of each month, unless the 15th falls on a Saturday, Sunday, or legal holiday, in which case HHS will make the release on the next business day.

4.  The Parties will confer regarding outstanding questions regarding Request A by no later than July 10, 2020.

5.  The Parties propose to file an additional JSR no later than July 15, 2020.

Dated: June 15, 2020

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division | By: */s/ Alice C.C. Huling*<br>ALICE C.C. HULING<br>D.C. BAR NO. 1644296<br>CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave. SE, #337<br>Washington, D.C. 20003<br>T: (202) 780-5750<br>ahuling@campaignforaccountability.org |
| By: */s/ Johnny Walker*<br>JOHNNY H. WALKER<br>D.C. BAR NO. 991325<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-2575<br>johnny.walker@usdoj.gov | *Counsel for Plaintiff* |

*Counsel for Defendant*